# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **BLUE RIVER COMMUNICATIONS, INC.** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:21-cv-00418** |
| | § | |
| **THE BURLINGTON INSURANCE COMPANY,** | § | |
| *Defendant.* | § | |
| | § | |

---

### INDEX OF MATERIALS ATTACHED TO NOTICE OF REMOVAL

---

| No. | Date Filed or Entered | Document |
|---|---|---|
| A-1 | N/A | List of Counsel of Record |
| A-2 | N/A | State Court Docket Sheet |
| A-3 | 01/08/2021 | Plaintiff's Original Petition |
| A-4 | 01/08/2021 | Civil Case Information Sheet |
| A-5 | 01/08/2021 | Request for Issuance of Service |
| A-6 | 01/12/2021 | Plaintiff's Demand for Jury Trial |
| A-7 | 02/08/2021 | Defendant The Burlington Insurance Company's Original Answer |

# Exhibit A-1

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **BLUE RIVER COMMUNICATIONS, INC.** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:21-cv-00418** |
| | § | |
| **THE BURLINGTON INSURANCE COMAPNY,** | § | |
| *Defendant.* | § | |
| | § | |

---

**LIST OF COUNSEL OF RECORD**

---

**COUNSEL FOR PLAINTIFF:**

Christopher M. Cammack
7324 Southwest Freeway, Suite 1466
Houston, Texas 77074
cmc@cammack-law.com

Larry G. Longer
5005 W. 34th Street, Suite 206A
Houston, Texas 77092
lglonger@swbell.net

**COUNSEL FOR DEFENDANT:**

Wm. Lance Lewis, Attorney-in-Charge
Texas Bar No. 12314560
S.D. Bar No. 28635

Marcie L. Schout, of counsel
Texas Bar No. 24027960
S.D. Bar No. 34593

QUILLING, SELANDER, LOWNDS,
    WINSLETT & MOSER, P.C., of counsel
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

# Exhibit A-2

**HCDistrictclerk.com**        BLUE RIVER COMMUNICATIONS INC vs. THE        2/8/2021
                               BURLINGTON INSURANCE COMPANY
                               Cause: 202101108        CDI: 7      Court: 133

**APPEALS**

No Appeals found.

**COST STATMENTS**

No Cost Statments found.

**TRANSFERS**

No Transfers found.

**POST TRIAL WRITS**

No Post Trial Writs found.

**ABSTRACTS**

No Abstracts found.

**SETTINGS**

No Settings found.

**NOTICES**

No Notices found.

**SUMMARY**

CASE DETAILS                                     CURRENT PRESIDING JUDGE

| | | |
|---|---|---|
| **File Date** | 1/8/2021 | **Court** | 133rd |
| **Case (Cause) Location** | | **Address** | 201 CAROLINE (Floor: 11) HOUSTON, TX 77002 Phone:7133686200 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | Insurance | **JudgeName** | JACLANEL M. MCFARLAND |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |
| **Jury Fee Paid Date** | 1/12/2021 | | |

**ACTIVE PARTIES**

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| BLUE RIVER COMMUNICATIONS INC | PLAINTIFF - CIVIL | | CAMMACK, CHRISTOPHER M. |
| THE BURLINGTON INSURANCE COMPANY | DEFENDANT - CIVIL | | LEWIS, WILLIAM LANCE |
| THE BURLINGTON INSURANCE COMPANY | REGISTERED AGENT | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----|--------------|-----------------|---------------|
| 2/8/2021 | ANSWER ORIGINAL PETITION | | | 0 | | LEWIS, WILLIAM LANCE | THE BURLINGTON INSURANCE COMPANY |
| 1/12/2021 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 1/8/2021 | ORIGINAL PETITION | | | 0 | | CAMMACK, CHRISTOPHER M. | BLUE RIVER COMMUNICATIONS INC |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|--------|-----------|--------|-----------|--------|--------|----------|----------|----------|-----------|
| CITATION (INSURANCE COMMISSION) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | THE BURLINGTON INSURANCE COMPANY | 1/8/2021 | 1/11/2021 | | | | 73829550 | E-MAIL |

6320 QUADRANGLE DRIVE SUITE 300 CHAPEL HILL NC 27517

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 94302518 | Defendant the Burlington Insurance Companys Original Answer | | 02/08/2021 | 5 |
| 93895758 | PLAINTIFF'S DEMAND FOR JURY TRIAL | | 01/12/2021 | 1 |
| 93843749 | PLAINTIFFS ORIGINAL PETITION | | 01/08/2021 | 3 |
| -> 93843750 | CIVIL CASE INFORMATION SHEET | | 01/08/2021 | 1 |
| -> 93843751 | REQUEST FOR ISSUANCE OF SERVICE | | 01/08/2021 | 1 |

# Exhibit A-3

1/8/2021 1:44 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 49535576
By: Courtni Gilbert
Filed: 1/8/2021 1:44 PM

NO. _____

| | | |
|---|---|---|
| BLUE RIVER COMMUNICATIONS, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS   COUNTY,   TEXAS |
| | § | |
| THE BURLINGTON INSURANCE COMPANY | § | _____ JUDICIAL   DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BLUE RIVER COMMUNICATIONS, INC., Plaintiff, and files this Original Petition against Defendant, THE BURLINGTON INSURANCE COMPANY, and for cause of action, would show the following:

1.     Plaintiff, BLUE RIVER COMMUNICATIONS, INC., is a Texas corporation doing business in Harris County, Texas.   This lawsuit seeks monetary relief over $200,000.00 but not more than $1,000,000.00.   Discovery shall be conducted under Level 2, TRCP 190.

2.     Defendant, THE BURLINGTON INSURANCE COMPANY, is a foreign insurance company that does not maintain an agent for service of process in Texas, and therefore, may be served with Citation through the Commissioner of Insurance, Texas Department of Insurance, 333 Guadalupe, Austin, Texas 78701, who then shall forward a Citation and copy of Plaintiff's Original Petition to The Burlington Insurance Company, 6320 Quadrangle Drive, Suite 300, Chapel Hill, North Carolina 27517.

3.     For cause of action, Plaintiff would show that it had in effect a Commercial General Liability Policy No. 957BW51763 with Defendant, covering the calendar period of May 18, 2019 to May 18, 2020.  During the effective policy period, on or about October 22, 2019, Plaintiff was working as a subcontractor for Grayco, the general contractor, at an office building located at 1849 Kingwood Drive, Kingwood, Harris County, Texas.

4.        Plaintiff is an installer of fiber optic cable. While performing its sub-constractor work for Grayco at the aforementioned office building, one of Plaintiff's employees accidentally ran over a sewer cap, breaking it, while operating an escavator. A trench was being dug outside the office building, in which to install fiber optic cables. Plaintiff was not doing any work that involved removal, burial, treatment or transport of "pollutants."

5.        Water damage was sustained in the interior of the office building that was unrelated to the broken sewer cap outside the building. Rather, it was discovered that a shut off valve on one of the toilets in the women's rest room was not functioning properly, and an automatic toilet sensor was also not functioning properly, causing toilet water to keep running incessantly and overflowing the toilet seat. When plumbers came out to fix the problem, they further discovered blockage in the pipes consisting of mud, leaves, natural debris and hygiene products that should not have been flushed down the toilet to start with, such as baby wipes and tampons.

6.        Plaintiff was required to pay $142,513.39 from its own funds to Grayco, the general contractor on the job in question, as Grayco had to first pay the building owner, hence it required reimbursement from Plaintiff, its subcontractor. The actual damages consist of $95,100.74 in repair costs and $47,412.65 in water extraction/remediation expenses.

7.        Plaintiff made a claim on its Commercial General Liability Policy No. 957BW51763 with Defendant, seeking payment for an insurable loss, which claim Defendant denied, based upon a policy exclusion that speaks to discharge, dispersal, seepage, migration, release or escape of pollutants. Plaintiff contends that the denial of coverage by Defendant is erroneous and constitutes a violation of Section 541.060, Texas Insurance Code.

8.        Liability was reasonably clear, yet Defendant refused to pay the claim without conducting a reasonable investigation into the claim. A reasonable investigation would have led Defendant to

discern the facts stated in the preceding paragraphs. Plaintiff made a pre-lawsuit written demand upon Defendant, by letter dated May 18, 2020 sent by certified mail, return receipt requested, for payment of the $142,513.39 in actual damages, and gave Defendant more than 61 days after receipt of the letter to pay said damages. Defendant has paid no portion of said monetary damages.

9. Plaintiff seeks Judgment against Defendant for a statutory violation of Section 541.060, Texas Insurance Code, and seeks $142,513.39 in actual damages, plus three times that amount per Section 541.152, Texas Insurance Code, reasonable and necessary attorney's fees as determined on an hourly basis, and all court costs.

10. WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendant be cited to appear and answer herein, and that upon final adjudication thereof, Plaintiff be granted a Judgment against Defendant, for actual damages up to $142,513.39, for treble damages of three times said amount, reasonable and necessary attorney's fees on an hourly basis, pre-judgment interest and post-judgment interest per the Texas Finance Code, all Court costs, and that the Court grant Plaintiff such other and further relief, to which Plaintiff shows itself justly entitled.

Respectfully submitted,

____/s/ Chris Cammack_____
Christopher M. Cammack
State Bar No. 03682100
7324 Southwest Freeway, Suite 1446
Houston, Texas 77074
Ph. 713-960-1921/Fax 713-960-1922
E-mail: cmc@cammack-law.com

Larry G. Longer
State Bar No. 12541200
5005 W. 34th Street, Suite 206A
Houston, Texas 77092
Ph. 713-623-0499/Fax 713-622-3772
E-mail: lglonger@swbell.net

ATTORNEYS FOR PLAINTIFF

# Exhibit A-4

1/8/2021 1:44:40 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 49535576
By: GILBERT, COURTNI N
Filed: 1/8/2021 1:44:40 PM

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____     COURT *(FOR CLERK USE ONLY):* _____

STYLED BLUE RIVER COMMUNICATIONS, INC. v. THE BURLINGTON INSURANCE COMPANY
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** Christopher M. Cammack  **Email:** cmc@cammack-law.com | **Plaintiff(s)/Petitioner(s):** BLUE RIVER COMMUNICATIONS, INC. | ☒Attorney for Plaintiff/Petitioner ☐Pro Se Plaintiff/Petitioner ☐Title IV-D Agency ☐Other: |
| **Address:** 7324 Southwest Frwy., #1446  **Telephone:** 713-960-1921 | | Additional Parties in Child Support Case: |
| **City/State/Zip:** Houston, Texas 77074  **Fax:** 713-960-1922 | **Defendant(s)/Respondent(s):** THE BURLINGTON INSURANCE COMPANY | Custodial Parent:  Non-Custodial Parent: |
| **Signature:** *Chris Cammack*  **State Bar No:** 03682100 | | Presumed Father: |
| | *(Attach additional page as necessary to list all parties)* | |

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| Civil | | | Family Law |
|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship**  **Post-judgment Actions (non-Title IV-D)** |

*Debt/Contract*
☐Consumer/DTPA
☐Debt/Contract
☐Fraud/Misrepresentation
☐Other Debt/Contract:

*Foreclosure*
☐Home Equity—Expedited
☐Other Foreclosure
☐Franchise
☒Insurance
☐Landlord/Tenant
☐Non-Competition
☐Partnership
☐Other Contract:

**Injury or Damage**
☐Assault/Battery
☐Construction
☐Defamation
*Malpractice*
 ☐Accounting
 ☐Legal
 ☐Medical
 ☐Other Professional Liability
☐Motor Vehicle Accident
☐Premises
*Product Liability*
 ☐Asbestos/Silica
 ☐Other Product Liability List Product:
☐Other Injury or Damage:

**Real Property**
☐Eminent Domain/ Condemnation
☐Partition
☐Quiet Title
☐Trespass to Try Title
☐Other Property:

**Related to Criminal Matters**
☐Expunction
☐Judgment Nisi
☐Non-Disclosure
☐Seizure/Forfeiture
☐Writ of Habeas Corpus— Pre-indictment
☐Other:

**Marriage Relationship**
☐Annulment
☐Declare Marriage Void
*Divorce*
 ☐With Children
 ☐No Children

**Other Family Law**
☐Enforce Foreign Judgment
☐Habeas Corpus
☐Name Change
☐Protective Order
☐Removal of Disabilities of Minority
☐Other:

**Post-judgment Actions (non-Title IV-D)**
☐Enforcement
☐Modification—Custody
☐Modification—Other

**Title IV-D**
☐Enforcement/Modification
☐Paternity
☐Reciprocals (UIFSA)
☐Support Order

**Parent-Child Relationship**
☐Adoption/Adoption with Termination
☐Child Protection
☐Child Support
☐Custody or Visitation
☐Gestational Parenting
☐Grandparent Access
☐Parentage/Paternity
☐Termination of Parental Rights
☐Other Parent-Child:

| **Employment** | **Other Civil** | |
|---|---|---|

**Employment**
☐Discrimination
☐Retaliation
☐Termination
☐Workers' Compensation
☐Other Employment:

**Other Civil**
☐Administrative Appeal
☐Antitrust/Unfair Competition
☐Code Violations
☐Foreign Judgment
☐Intellectual Property

☐Lawyer Discipline
☐Perpetuate Testimony
☐Securities/Stock
☐Tortious Interference
☐Other:

| **Tax** | **Probate & Mental Health** | |
|---|---|---|

**Tax**
☐Tax Appraisal
☐Tax Delinquency
☐Other Tax

*Probate/Wills/Intestate Administration*
 ☐Dependent Administration
 ☐Independent Administration
 ☐Other Estate Proceedings

☐Guardianship—Adult
☐Guardianship—Minor
☐Mental Health
☐Other:

**3. Indicate procedure or remedy, if applicable *(may select more than 1):***
☐Appeal from Municipal or Justice Court
☐Arbitration-related
☐Attachment
☐Bill of Review
☐Certiorari
☐Class Action
☐Declaratory Judgment
☐Garnishment
☐Interpleader
☐License
☐Mandamus
☐Post-judgment
☐Prejudgment Remedy
☐Protective Order
☐Receiver
☐Sequestration
☐Temporary Restraining Order/Injunction
☐Turnover

**4. Indicate damages sought *(do not select if it is a family law case):***
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☒Over $200,000 but not more than $1,000,000

Rev 2/13

# Exhibit A-5

1/8/2021 1:44:40 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 49535576
By: GILBERT, COURTNI N
Filed: 1/8/2021 1:44:40 PM

## Marilyn Burgess
### HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____  CURRENT COURT: _____

Name(s) of Documents to be served:  Plaintiff's Original Petition

**FILE DATE:** 01/08/2021 _____  Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to:  The Burlington Insurance Company

Address of Service:  6320 Quadrangle Drive, Suite 300

City, State & Zip: Chapel Hill, North Carolina 27517

Agent (if applicable)  N/A

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [ ] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [x] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- [ ] ATTORNEY PICK-UP (phone) _____
- [x] E-Issuance by District Clerk **(No Service Copy Fees Charged)**
- [ ] MAIL to attorney  at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____

- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name:  Christopher Cammack  Bar # or ID  03682100

Mailing Address: 7324 Southwest Freeway, Suite 1446, Houston, TX 77074

Phone Number: 713-960-1921 (Office) / 713-870-6883 (Mobile)

# Exhibit A-6

1/12/2021 11:00 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 49617731
By: Iliana Perez
Filed: 1/12/2021 11:00 AM

NO. 2021-01108

| | | |
|---|---|---|
| BLUE RIVER COMMUNICATIONS, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE BURLINGTON INSURANCE COMPANY | § | 133RD JUDICIAL DISTRICT |

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, BLUE RIVER COMMUNICATIONS, INC., who hereby demands a jury trial in the above-styled cause, per TRCP 216, and tenders herewith the jury fee of $40.00.

Respectfully submitted,

__/s/ Chris Cammack_____
Christopher M. Cammack
State Bar No. 03682100
7324 Southwest Freeway, Suite 1446
Houston, Texas 77074
Telephone: 713-960-1921
Telecopier: 713-960-1922
E-mail: cmc@cammack-law.com

Larry G. Longer
State Bar No. 12541200
5005 W. 34th Street, Suite 206A
Houston, Texas 77092
Telephone: 713-623-1921
Telecopier: 713-622-3772
E-mail: lglonger@swbell.net

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The foregoing item has not been served on anyone since the Defendant has not been served with Citation and has not otherwise answered or appeared herein.

__/s/ Chris Cammack_____
Christopher M. Cammack

# Exhibit A-7

2/8/2021 10:06 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 50436353
By: Keeley Hodgins
Filed: 2/8/2021 10:06 AM

## CAUSE NO. 2021-01108

| | | |
|---|---|---|
| **BLUE RIVER COMMUNICATIONS, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| **THE BURLINGTON INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | **133RD JUDICIAL DISTRICT** |

### DEFENDANT THE BURLINGTON INSURANCE COMPANY'S
### <u>ORIGINAL ANSWER</u>

Defendant The Burlington Insurance Company ("Defendant" or "TBIC") files its Original Answer to Plaintiff's Original Petition (the "Petition") and hereby states as follows:

### I.

### <u>GENERAL DENIAL</u>

Defendant denies all and singular the allegations contained in the Petition and demands strict proof thereof.

### II.

### <u>ADDITIONAL DEFENSES</u>

Defendant pleads the following matters in defense, should the same be necessary:

1.       Defendant specifically denies that all conditions precedent to Plaintiff's claims for recovery have occurred or been met.

2.       Coverage is precluded by the Total Pollution Exclusion (IFG-G-0086 03 17) which states as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**TOTAL POLLUTION EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion **f.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability Coverage** is replaced with the following:

This insurance does not apply to:

**f.   Pollution**

(1) "Bodily injury" or "property damage" caused by or arising directly or indirectly, in whole or in part out of the actual, alleged or threatened discharge, dispersal, disposal, seepage, migration, release or escape of "pollutants" at any time."

(2) Any loss, cost or expense caused by or arising directly or indirectly, in whole or in part out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean p, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit  by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, o in any way responding to or assessing the effects of, "pollutants".

This exclusion applies whether or not such "pollutants" have any function in your business, operations, premises, site or location or constitutes "your product" or is a component of "your products" or products you use.

\*\*\*

"Pollutants" mean any solid, liquid, gaseous, bacterial, fungal, or thermal substance or material, that is harmful, toxic or hazardous to persons, plants, animals, wildlife or other living organisms or can cause contamination to property, air, land or water, which includes but is not limited to smoke, vapor, soot,

fumes, acids, alkalis, chemicals, mineral spirits, solvents, insecticides, pesticides, fungicides, motor fuels, gasoline, diesel fuel, motor oil or any other petroleum based product, brake fluid, transmission fluid, antifreeze, lead paint, or other lead containing substances, carbon monoxide fumes, paint fumes, adhesive or glue fumes, asbestos, silica, human or animal sewage and waste.  Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed.   A "pollutant" also includes any substance or material listed, identified or described in any municipal, state or federal environmental statute or regulation that applies to the production, shipping, handling, storage, use, processing, recycling or disposal of such substance or material.

3.      Coverage is precluded by the Fungi or Bacteria Exclusion (CG 21 67 12 04)

which states:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**FUNGI OR BACTERIA EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability**:

**2.   Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

***

b.  Any loss, cost of expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, of in any way responding to, or assessing the effects of "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

***

"Fungi" means any type of form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

4.      Coverage is precluded by the no voluntary payment provision of the policy which provides: "No insured will, except at the insured's own costs, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent."

5.      To the extent Plaintiff was contractually obligated to pay for the loss at issue, the Contractual Liability exclusion precludes coverage.

6.      Plaintiff has failed to state a claim for which relief may be granted.

7.      The policy is subject to the deductibles and the limits of insurance stated therein.

WHEREFORE, PREMISES CONSIDERED, Defendant The Burlington Insurance Company prays that Plaintiff take nothing by this suit and that Defendant goes hence and recover costs on its behalf expended.

Respectfully submitted,


*/s/ Wm. Lance Lewis*
WM. LANCE LEWIS
Texas Bar No. 12314560
MARCIE L. SCHOUT
Texas Bar No. 24027960
**QUILLING, SELANDER, LOWNDS,**
**WINSLETT & MOSER P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

**ATTORNEYS FOR DEFENDANT THE**
**BURLINGTON INSURANCE COMPANY**


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been furnished to all counsel of record via the TexFile system, with a courtesy copy via electronic mail, in accordance with the Texas Rules of Civil Procedure, this 8th day of February 2021 at the addresses indicated below:

Christopher M. Cammack, Esq.          Larry G. Longer, Esq.
7324 Southwest Freeway, Suite 1446    5005 W. 34th Street, Suite 206A
Houston, Texas 77074                  Houston, Texas 77092
mcm@cammack-law.com                   lglonger@swbell.net


*/s/ Wm. Lance Lewis*
Wm. Lance Lewis